1
2
3
4
5

6                     **UNITED STATES DISTRICT COURT**

7                        **DISTRICT OF NEVADA**

8

9 LANCE REBERGER,           )
10          Plaintiff,        )       3:12-cv-00284-LRH-WGC
                           )
11 vs.                    )
                           )       **ORDER**
12 MICHAEL KOEHN, *et al.*,     )
                           )
13         Defendants.     )
        _____/

14

15        This is a *pro se* prisoner civil rights action filed pursuant to 42 U.S.C. § 1983.  On May 29,

16 2012, the Court received an application to proceed *in forma pauperis* and an emergency motion for

17 preliminary injunction (ECF No. 1).  The emergency motion alleges that plaintiff, an inmate at Ely

18 State Prison, is being denied proper timing in the dispensing of his two HIV medication.  The motion

19 was not accompanied by a proper initiating pleading and plaintiff was given thirty days to file the

20 complaint. *See* ECF No. 3.  On July 3, 2012, plaintiff drafted a motion for extension of time to file

21 the complaint (ECF No. 4) seeking an additional 30 days.  Good cause appearing, the motion (ECF

22 No. 4) is **granted.**  The complaint shall be filed on or before August 13, 2012, or the matter will be

23 dismissed without prejudice.

24        **IT IS SO ORDERED**

25        Dated this 12th day of July, 2012.

26

27

28                                 _____
                                  LARRY R. HICKS
                                  UNITED STATES DISTRICT JUDGE