UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

LANCE REBERGER,                        )
                                       )
                 Plaintiff,            )         3:12-cv-00284-LRH-WGC
                                       )
vs.                                    )
                                       )         **ORDER**
MICHAEL KOEHN, *et al.*,               )
                                       )
                 Defendants.           )
_____/

This is a *pro se* prisoner civil rights action filed pursuant to 42 U.S.C. § 1983.  On May 29, 2012, the Court received an application to proceed *in forma pauperis* and an emergency motion for preliminary injunction (ECF No. 1).  The emergency motion alleges that plaintiff, an inmate at Ely State Prison, is being denied proper timing in the dispensing of his two HIV medication.  The motion was not accompanied by a proper initiating pleading and plaintiff was given thirty days to file the complaint. *See* ECF No. 3.  On July 3, 2012, plaintiff drafted a motion for extension of time to file the complaint (ECF No. 4) seeking an additional 30 days.  Good cause appearing, the motion (ECF No. 4) is **granted.**  The complaint shall be filed on or before August 13, 2012, or the matter will be dismissed without prejudice.

**IT IS SO ORDERED**

Dated this 12th day of July, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE