1

2

3

4

5

6                      **UNITED STATES DISTRICT COURT**

7                          **DISTRICT OF NEVADA**

8

LANCE REBERGER,                    )
9                                  )
              Plaintiff,           )        3:12-cv-00284-LRH-WGC
10                                 )
vs.                                )
11                                 )        **ORDER**
MICHAEL KOEHN, *et al.*,           )
12                                 )
              Defendants.          )
13    _____/

14          This is a *pro se* prisoner civil rights action filed pursuant to 42 U.S.C. § 1983.  On May 29,

15    2012, the Court received an application to proceed *in forma pauperis* and an emergency motion for

16    preliminary injunction (ECF No. 1).  The Court allowed plaintiff time to file a complaint in order to

17    properly initiate this action (ECF No. 5).  No complaint has been filed and the deadline for doing so

18    has passed.  Moreover, plaintiff has submitted a motion to voluntarily dismiss the emergency motion

19    for preliminary injunction (ECF No. 7) averring that the issues have been resolved.  As a result, the

20    matter shall be dismissed.

21          **IT IS THEREFORE ORDERED** that the motion to withdraw the emergency motion (ECF

22    No. 7) is **GRANTED**. The motion for copywork (ECF No. 6) is **DENIED AS MOOT.**

23          **IT IS FURTHER ORDERED** that action is **DISMISSED WITH PREJUDICE**.  The

24    Clerk shall enter judgment accordingly.

25          Dated this 22nd day of August, 2012.

26

27                                         _____

28                                         LARRY R. HICKS
                                           UNITED STATES DISTRICT JUDGE